## SMITH v. STATE.
### No. 17295.

Court of Criminal Appeals of Texas.

Feb. 6, 1935.

Kirby, King & Overshiner, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for transportation of intoxicating liquor, punishment assessed at two years' confinement in the penitentiary.

The indictment charges the offense. The record is before this court without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

## BRYAN v. STATE.
### No. 17313.

Court of Criminal Appeals of Texas.

Feb. 6, 1935.

Sam Aldridge, of Farwell, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is burglary; the punishment, confinement in the penitentiary for two years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.